IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SEALED**

UNITED STATES OF AMERICA

v.

INDICTMENT

3:07cr83/LAC

ELIZEO MARTINEZ,
a/k/a "Bingo"

_____

THE GRAND JURY CHARGES:

COUNT ONE

That from on or about January 1, 2002, through the date of the return of this Indictment, in the Northern District of Florida and elsewhere, the defendant,

**ELIZEO MARTINEZ,**
a/k/a "Bingo,"

did knowingly and willfully combine, conspire, confederate and agree with other persons to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and that this offense involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

All in violation of Title 21, United States Code, Section 846.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 MAY 15 PM 6: 01

Returned in open court pursuant to Rule 6(f)

5-15-2007
Date
[signature]
United States Magistrate Judge


FILED

## CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From his engagement in the violations alleged in Count One of this Indictment, punishable by imprisonment for more than one year, the defendant,

**ELIZEO MARTINEZ,**
a/k/a "Bingo,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of his interest in:

A. Property constituting or derived from any proceeds the defendant obtained directly or indirectly as the result of such violations;

B. Property used in any manner or part to commit or to facilitate the commission of such violations.

These properties include, but are not limited to, the following:

1. The real property commonly known as 708 Austin Street, Clute, Texas, more particularly described as:

> Lot 16 and 17, in Block 2, of Edgewood Subdivision, being out of Tract 98, in the Brazos Coast Investment Company Subdivision No. 15, in the S. F. Austin Five Leagues Grant, Abstract 19, Brazoria County, Texas according to the recorded map or plat thereof appearing of record in Volume 6, at Page 108 of the Plat Records of Brazoria County, Texas, reference to which is made for all purposes.

2

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

A. cannot be located upon the exercise of due diligence;

B. has been transferred or sold to, or deposited with, a third person;

C. has been placed beyond the jurisdiction of this Court;

D. has been substantially diminished in value; or

E. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

_____
FOREPERSON

_5-15-2007_____
DATE

_____
GREGORY R. MILLER
United States Attorney

_____
TIFFANY H. EGGERS
Assistant United States Attorney

Ordered sealed on oral motion of AUSA Preisser.

Miles Davis
5-15-2007

3