UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                           CASE NO.  3:07cr83LAC

ELIZEO MARTINEZ

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   July 10, 2007
Motion/Pleadings:  MOTION TO UNSEAL INDICTMENT
Filed by  GOVERNMENT           on   7/10/2007        Doc.# 8

RESPONSES:

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)                                             Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 11ᵗʰ day of July, 2007, that:*
*(a) The relief requested is **GRANTED.***
*(b)* _____

s/*L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.