IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                                              Case No. 3:07cr83/LAC

**ELIZEO MARTINEZ**
   a/k/a "Bingo"

_____

### FINAL ORDER OF FORFEITURE
### AS TO DEFENDANT ELIZEO MARTINEZ

WHEREAS, on November 19, 2007, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of Title 21, United States Code, Section 853, based upon the defendant's guilty plea to the indictment in this action, and the attached forfeiture provision thereto, of the property listed as follows:

The real property commonly known as 708 Austin Street, Clute, Texas, more particularly described as:

> **Lot 16 and 17, in block 2, of Edgewood Subdivision, being out
> Of Tract 98, in the Brazos Coast Investment Company Subdivision
> No. 15, in the S.F. Austin Five Leagues Grant, Abstract 19,
> Brazoria County, Texas according to the recorded map or
> plat thereof appearing of record in Volume 6, at Page 108
> of the Plat Records of Brazoria County, Texas, reference to
> which is made for all purposes.**

AND WHEREAS, pursuant to Rule 32(b)(2) and 32.2(b)(2) of the Federal Rules of Criminal Procedure said Preliminary Order of Forfeiture shall be made final as to defendant **ELIZEO MARTINEZ** at the time of sentencing and shall be made part of the sentence and included in the judgment, now wherefore,

FILED IN OPEN COURT THIS
1/4/08
_____
CLERK, U. S. DISTRICT
COURT, NORTH DIST. FLA.

IT IS HEREBY ORDERED:

That all the defendant **ELIZEO MARTINEZ's** right, title and interest in the property described above is hereby forfeited to and vested in the United States of America and that said forfeiture is now final as to the defendant for all purposes.

IT IS SO ORDERED this 4th day of January 2008.

_____
LACEY A. COLLIER
UNITED STATES DISTRICT JUDGE