**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

     VS                                  CASE NO.  3:07cr83LAC

ELIZEO MARTINEZ

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on  January 17, 2008

Motion/Pleadings: IN CAMERA MOTION TO SEAL

Filed by  DEFENDANT                on 1/17/2008        Doc.# 44

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

_____ Stipulated     _____ Joint Pldg.

_____ Unopposed     _____ Consented

                             WILLIAM M. McCOOL, CLERK OF COURT

_____        *s/Mary Maloy*_____

LC (1 OR 2)           Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of January, 2008, that:*

*(a) The relief requested is* **GRANTED.**

*(b)* _____

_____

_____

                                        *s/L.A. Collier*_____

                                      *LACEY A. COLLIER*
                              *Senior United States District Judge*

Entered On Docket: _____  By: ___

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

_____

_____

Document No.