IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.　　　　　　　　　　　　　　　　3:07cr83/LAC
　　　　　　　　　　　　　　　　　　3:08cv563/LAC/MD

ELIZEO MARTINEZ,
_____

### **REPORT AND RECOMMENDATION**

This cause is before the court upon defendant's motion to voluntarily withdrawn (sic) § 2255 motion. Defendant states that in light of the government's good faith in moving the court to reduce his sentence pursuant to Rule 35(b) he wishes to withdraw his motion.

Accordingly, it is respectfully RECOMMENDED:

Defendant's motion to voluntarily withdraw his § 2255 motion (doc. 67) be granted, the motion be denied as moot, and the clerk be directed to close the corresponding civil case.

At Pensacola, Florida, this 24th day of April, 2009.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

### **NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).