IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  3:07cr83/LAC
 3:08cv563/LAC/MD

ELIZEO MARTINEZ
_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 24, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion to voluntarily withdraw his § 2255 motion (doc. 67) is granted. The § 2255 motion is denied as moot, and the clerk is directed to close the corresponding civil case.

DONE AND ORDERED this 19th day of June, 2009.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**